```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
YUCAIPA AMERICAN ALLIANCE FUND I,       :   15cv0916 (DLC)
L.P., a Delaware limited partnership,   :
and YUCAIPA AMERICAN ALLIANCE           :   ORDER
(Parallel) FUND I, L.P., a Delaware,    :
                                        :
                Plaintiffs,             :
                                        :
           -v-                          :
                                        :
RICHARD A. EHRLICH, STEPHEN H.          :
DECKOFF, LESLIE A. MEIER, JEFFREY A.    :
SCHAFFER, BDCM OPPORTUNITY FUND II,     :
L.P., a Delaware limited partnership,   :
BLACK DIAMOND CLO 2005-1 LTD., a Cayman :
Islands limited liability company, and  :
SPECTRUM INVESTMENT PARTNERS, L.P., a   :
Delaware limited partnership,           :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```



DENISE COTE, District Judge:

On April 4, 2015, defendants filed a motion to dismiss or stay the plaintiffs' complaint. It is hereby

ORDERED that the plaintiffs' opposition must be submitted by **April 16, 2015, at noon.** The defendants' reply, if any, must be submitted by **April 24, 2015.**

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          April 6, 2015

                              _____
                                       DENISE COTE
                              United States District Judge