UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yucaipa American Alliance Fund I, L.P., a Delaware limited partnership, and Yucaipa American Alliance (Parallel) Fund I, L.P., a Delaware limited partnership,<br><br>    Plaintiffs,<br><br> -against-<br><br>Richard A. Ehrlich, Stephen H. Deckoff, Leslie A. Meier, Jeffrey A. Schaffer, BDCM Opportunity Fund II, L.P., a Delaware limited partnership, Black Diamond CLO 2005-1 Ltd., a Cayman Islands limited liability company, and Spectrum Investment Partners, L.P., a Delaware limited partnership,<br><br>    Defendants. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)<br><br>No. 15 CV 916 (DLC) |

----------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I., L.P. and their counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the defendants Richard A. Ehrlich, Stephen H. Deckoff, Leslie A. Meier, Jeffrey A. Schaffer, BDCM Opportunity Fund II, L.P., Black Diamond CLO 2005-1 Ltd., and Spectrum Investment Partners, L.P.

  Date: May 1, 2015

GIBSON, DUNN & CRUTCHER LLP


By:       */s/ Anne Champion*
       Anne Champion

200 Park Avenue
New York, New York  10166-0193
Tel.:  212.351.4000
Fax:  212.351.4035
(AChampion@gibsonndunn.com)

Maurice M. Suh
Robert Klyman
Kahn A. Scolnick
333 South Grand Avenue
Los Angeles, California  90071-3197
Tel.:  213.229.7000
Fax:  213.229.7520

*Attorneys for Plaintiffs*